IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS KNOPICK, | : | |
| Plaintiff | : | |
| | : | NO.: 1:09 CV 01287 |
| v. | : | |
| | : | |
| JOHN J. CONNELLY, JR.; SUSAN M. | : | JUDGE SYLVIA H. RAMBO |
| KADEL; JAMES, SMITH, DURKIN & | : | |
| CONNELLY, L.L.P.; and | : | CIVIL ACTION - LAW |
| PHILIP A. DOWNEY, | : | |
| Defendants | : | JURY TRIAL DEMANDED |
| | : | (Electronically Filed) |

## CERTIFICATE OF MERIT AS TO
## JOHN J. CONNELLY, ESQUIRE

I, Dennis E. Boyle, Esquire, hereby certify that claims are raised under both subdivisions (a)(1) and (a)(2) of Pa.R.Civ.P. 1042.3. As to subdivision (a)(1), an appropriate licensed professional has supplied a written statement that there exists a reasonable probability that the care, skill or knowledge exercised by John J. Connelly, Esquire in the treatment, practice or work that is the subject of the Complaint fell outside acceptable professional standards and that conduct was a cause in bringing

about the harm. As to subdivision (a)(2), an appropriate licensed professional has supplied a written statement that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited by other licensed professionals for whom John J. Connelly, Esquire is responsible, in the treatment, practice or work that is the subject of the Complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

          **BOYLE, NEBLETT & WENGER**

          /s/ *Dennis E. Boyle*
          **Dennis E. Boyle, Esquire**
          Supreme Court I.D. No. 49618

          **Joshua M. Autry, Esquire**
          Supreme Court I.D. No. 208459
          4660 Trindle Road, Suite 200
          Camp Hill, PA 17011
          Phone: (717) 737-2430
          Facsimile: (717) 737-2452
          Email: deboyle@dennisboylelaw.com
          Email: jmautry@dennisboylelaw.com

          Counsel For: Plaintiff

Dated: September 2, 2009

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the date listed below I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to the following person(s) at the following email address(es):

  Edwin A.D. Schwartz
  easchwartz@mdwcg.com


     And I hereby certify that I have mailed by United States First Class Mail the document to the following person(s) at the following address(es):

  Philip A. Downey, Esquire
  1555 Embreeville Road
  Unionville, PA 19375


                                       /s/ *Penny A. Rogers*
                                       Penny A. Rogers, Paralegal

Dated: September 2, 2009