**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NICHOLAS KNOPICK, | : | |
|     Plaintiff | : | |
| | : | NO.: 1:09 CV 01287 |
| v. | : | |
| | : | |
| JOHN J. CONNELLY, JR.; SUSAN M. | : | JUDGE SYLVIA H. RAMBO |
| KADEL; JAMES, SMITH, DURKIN & | : | |
| CONNELLY, L.L.P.; and | : | CIVIL ACTION - LAW |
| PHILIP A. DOWNEY, | : | |
|     Defendants | : | JURY TRIAL DEMANDED |
| | : | (Electronically Filed) |

**CERTIFICATE OF MERIT AS TO
JAMES, SMITH, DURKIN & CONNELLY, L.L.P.**

I, Dennis E. Boyle, Esquire, hereby certify that claims are raised under both subdivisions (a)(1) and (a)(2) of Pa.R.Civ.P. 1042.3. As to subdivision (a)(1), an appropriate licensed professional has supplied a written statement that there exists a reasonable probability that the care, skill or knowledge exercised by James, Smith, Durkin & Connelly, L.L.P. in the treatment, practice or work that is the subject of the Complaint fell outside acceptable professional standards and that conduct was a cause

in bringing about the harm. As to subdivision (a)(2), an appropriate licensed professional has supplied a written statement that there exists a reasonable probability that the care, skill or knowledge exercised or exhibited by other licensed professionals for whom James, Smith, Durkin & Connelly, L.L.P. is responsible, in the treatment, practice or work that is the subject of the Complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

**BOYLE, NEBLETT & WENGER**

 /s/ *Dennis E. Boyle*
**Dennis E. Boyle, Esquire**
Supreme Court I.D. No. 49618

**Joshua M. Autry, Esquire**
Supreme Court I.D. No. 208459
4660 Trindle Road, Suite 200
Camp Hill, PA 17011
Phone: (717) 737-2430
Facsimile: (717) 737-2452
Email:  deboyle@dennisboylelaw.com
Email:  jmautry@dennisboylelaw.com

Counsel For: Plaintiff

Dated:  September 2, 2009

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the date listed below I electronically filed the foregoing with the Court using the CM/ECF system, which sent notification of such filing to the following person(s) at the following email address(es):

  Edwin A.D. Schwartz
  easchwartz@mdwcg.com


     And I hereby certify that I have mailed by United States First Class Mail the document to the following person(s) at the following address(es):

  Philip A. Downey, Esquire
  1555 Embreeville Road
  Unionville, PA 19375


                                                /s/ *Penny A. Rogers*
                                                Penny A. Rogers, Paralegal

Dated: September 2, 2009