IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS KNOPICK, <br>     Plaintiff <br>     v. <br> PHILIP A. DOWNEY, <br>     Defendant | Civil No. 1:09-CV-1287 <br><br> Judge Sylvia H. Rambo |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant Downey's motion requesting this court certify its August 5, 2013 order denying Defendant Downey's motion for judgment on the pleadings for an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) (Doc. 112) is **DENIED**.

The deadlines set forth in the most recent case management order (Doc. 93) remain in effect.

                                                             s/Sylvia H. Rambo
                                                             SYLVIA H. RAMBO
                                                             United States District Judge

Dated: October 21, 2013.