IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Nicholas Knopick,** | : No. 1:09-cv-01287 |
| Plaintiff, | : Judge Sylvia H. Rambo |
| v. | : |
| **Philip A. Downey,** | : Civil Action – Law |
| | : JURY TRIAL DEMANDED |
| Defendant. | : |

## ORDER

**AND NOW** this 7th day of April, 2014, upon consideration of Plaintiff's Motion for Leave to File Affidavit Under Seal and *Ex Parte* in Response to the Court's March 27, 2014 Order, and any response thereto, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.

BY THE COURT:

s/Sylvia H. Rambo
_____, J.